**Petition for Writ of Mandamus Denied and Opinion filed October 5, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00186-CV

## IN RE WARBURG PINCUS LLC; WARBURG PINCUS (TEXAS) LLC; WARBURG PINCUS & COMPANY US, LLC; ROY BEN-DOR; JOHN ROWAN; AND PETER KAGAN, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-81164**

## MEMORANDUM OPINION

On Wednesday, April 7, 2021, relators, Warburg Pincus LLC; Warburg Pincus (Texas) LLC; Warburg Pincus & Company US, LLC; Roy Ben-Dor; John Rowan; and Peter Kagan, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators asks this court to compel the Honorable Robert Schaffer, presiding judge

of the 152nd District Court of Harris County, to dismiss the real party in interests' claims against them.[1]

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.

---

[1] Judge Robert Shaffer was sitting in for Judge Michael Gomez, the presiding judge of the 129th District Court, when the complained of motion was denied.